UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

United States of America,

Plaintiff,

v.

Case No. 25-cr-314 (JNE/ECW)
ORDER

Brian Jerome Linnell,

Defendant.

On September 22, 2026, the Honorable Elizabeth Cowan Wright, United States Magistrate Judge, recommended that Defendant's motion to dismiss be granted in part and denied in part, that the United States' request to dismiss the case without prejudice be granted, and that the Indictment be dismissed without prejudice. Defendant objected, asserting that "the indictment should be dismissed with prejudice." The United States responded that "dismissal without prejudice is the appropriate remedy." Based on a de novo review of the record, *see* Fed. R. Crim. P. 59(b), the Court accepts the recommended disposition [Docket No. 24]. Therefore, IT IS ORDERED THAT:

1. Defendant's Motion to Dismiss for Speedy Trial Violation [Docket No. 20] is GRANTED insofar as he seeks dismissal of the case for violation of the Speedy Trial Act and DENIED insofar as he seeks dismissal with prejudice.

2. The United States' request that the case be dismissed without prejudice [Docket No. 22] is GRANTED.

3. The Indictment [Docket No. 1] is DISMISSED WITHOUT PREJUDICE.

Dated: October 30, 2026

s/Joan N. Ericksen
JOAN N. ERICKSEN
United States District Judge